# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERTO BENARD,**
Appellant,

v.

**MADELINE BENARD,**
Appellee.

No. 4D22-1442

[January 12, 2023]

Appeal nonfinal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE17-4978.

Jose C. Bofiill of Bofill Law Group, Miami, for appellant.

Joseph A. Costello of Costello Law, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***